UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BOBBY P. SOUDELIER                                CIVIL ACTION

VERSUS                                            NO: 07-4208

MICHAEL J. ASTRUE, COMMISSIONER OF                SECTION: "B"(1)
SOCIAL SECURITY ADMINISTRATION

<u>O R D E R</u>

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that the cross-motion of the defendant, Michael J. Astrue, Commissioner of Social Security Administration, for summary judgment (Rec. doc. 13) be granted and the motion of the plaintiff, Bobby P. Soudelier, for summary judgment (Rec. doc. 10) be denied and plaintiff's complaint be dismissed with prejudice.

New Orleans, Louisiana this 15th day of July, 2008.

*[signature]*

UNITED STATES DISTRICT JUDGE